JOHN W. BECKER, Respondent, *v.* NEW PENN DEVELOPMENT CORPORATION, Appellant. (Action No. 2)

Submitted November 19, 1945; decided November 29, 1945.

*W. Earle Costello* for motion.
*A. J. Rodenbeck* and *George A. King* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.